BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN BROWN.<br><br>Defendant, | CASE NO.  1:13-MJ-00138 GSA<br><br>STIPULATION REGARDING CONTINUANCE OF THE PRELIMINARY HEARING; FINDINGS AND ORDER |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for preliminary hearing July 19, 2013, at 1:30 p.m.  The defendant is out of custody subject to PreTrial Services monitoring.

    2.    By this stipulation, the government and the defendant now stipulate to continue the preliminary hearing until August 16, 2013, at 1:30 p.m.

    3.    The parties request this continuance in order to further investigate the underlying events and to possibly resolve the matter.  To facilitate these efforts, the government and the defendant are asking for a delay beyond 21 days from the initial appearance date, which is ordinarily

///

1

the deadline within which a preliminary hearing must be held for a defendant who is not in custody. F.R Crim.P. 5.1(c). The court may extend that time with the defendant's consent and upon a finding of good cause taking into account the public interest in the prompt resolution of criminal cases.

4. The parties agree and stipulate, and request that the Court find the following:

a. The defendant consents to continuing the preliminary hearing.

b. There is good cause to continue the preliminary hearing in this matter.

c. The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a preliminary hearing within the date prescribed by F.R.Crim.P. 5.1(c).

IT IS SO STIPULATED.

DATED: July 17, 2013          /s/ Kevin P. Rooney
                              KEVIN P. ROONEY
                              Assistant United States Attorney

DATED: July 17, 2013          /s/ Andras Farkas
                              ANDRAS FARKAS
                              Attorney for Defendant Justin Brown

O R D E R

GOOD CAUSE HAVING BEEN ESTABLISHED, IT IS SO FOUND AND ORDERED.

IT IS SO ORDERED.

Dated:  **July 17, 2013**            /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE